RICHARD ULRAM, respondent,

*v.*

LOCAL 362, JOURNEYMEN BARBERS INTERNATIONAL UNION
OF AMERICA et al., appellants.

[Decided January 26th, 1938.]

*Mr. Frederic M. P. Pearse,* for the respondent.

*Messrs. Hershenstein, O'Brien & Tartalsky,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported in *122 N. J. Eq. 464.*

*For affirmance*—PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.